# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The ALARIS Group, Inc., | Civil No. 12-446 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Disability Management Network, Ltd., d/b/a TRIUNE Health Group, Ltd., Allison Hanson, Jill Dizack, Carol Lacke, | |
| Defendants. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  February 23, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge